## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIFFANY N. YANDELL, an individual, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 11-CV-174-GKF-FHM |
| GRIGSBY'S CARPET SHOWROOM, INC. d/b/a GRIGSBY'S CARPET TILE & RUG GALLERY. | ) ) ) ) |
| Defendant. | ) ) |

## OPINION AND ORDER

Defendant's Motion to Compel Jackson Hewitt, Inc. to Produce Documents and Brief in Support [78] is before the court for decision. No response or objection to the motion has been filed by Plaintiff or by Jackson Hewitt, Inc. Pursuant to LCvR 7.2(e) Defendant's Motion to Compel Jackson Hewitt, Inc. to Produce Documents and Brief in Support [78] is deemed confessed.

Jackson Hewitt, Inc. is hereby ordered to produce the documents requested in the subpoena issued August 23, 2012.

DATED this 25th day of September 2012.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE